Denis M. Forster
110 Pepperrell Road
PO Box 18
Kittery Point, ME 03905
Telephone (207) 451-9397
Facsimile (207) 439-7553
E-mail dmforster@att.net

Defendant in *pro se*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIBO SHAO, an individual<br><br>Plaintiff,<br><br>v.<br><br>DENIS FORSTER, an individual.<br><br>Defendant. | Case No. C08-5112 CRB<br><br>**STIPULATION TO ENLARGE DEFENANT'S TIME TO RESPOND TO COMPLAINT** |

     The parties hereby stipulate, subject to the approval of the court, that the time for Defendant Denis Forster to answer the complaint of Plaintiff Yibo Shao or present other objections and defenses shall be continued from November 17, 2008 to December 5, 2008. The reason for the requested enlargement of time is that the workload of Defendant, a sole practitioner, has increased significantly with numerous urgent client matters resulting from the current financial crisis. Additionally, the Defendant is drafting and will file a detailed counterclaim. There have been no previous extensions of Defendant's time to respond previously stipulated or ordered by the court. No material effect on the schedule for the case would be caused by the requested enlargement of time to respond.

STIPULATION EXTENDING TIME

1

1

2

Dated: December 2, 2008

3
                                            Denis M. Forster
4                                             Defendant in Pro Se

5

6 Dated: December 2, 2008                 PHILLIPS, ERLEWINE & GIVEN LLP

7                                             David C. Phillips
                                            Attorneys for plaintiff Yibo Shao
8

9

10 PURSUANT TO SIPULATION, IT IS SO ORDERED

11

12 Dated: December 02, 2008

IT IS SO ORDERED

Judge Charles R. Breyer

(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

28

STIPULATION EXTENDING TIME

2