```
 1  JOSEPH P. MCMONIGLE, State Bar #66811
    JESSICA R. MACGREGOR, State Bar #168777
 2  LONG & LEVIT LLP
    465 California Street, Suite 500
 3  San Francisco, California  94104
    Telephone:    (415) 397-2222
 4  Facsimile:    (415) 397-6392
    Email:        jmcmonigle@longlevit.com
 5                jmacgregor@longlevit.com

 6  Attorneys for Plaintiff
    YIBO SHAO
 7
```

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIBO SHAO, an individual, | CASE NO. C08-5112 CRB |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |
| vs. | |
| DENIS FORSTER, an individual, | |
| Defendant. | |

TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that Plaintiff/Counter-Respondent Yibo Shao ("Mr. Shao") hereby substitutes the law firm of Long & Levit LLP as his counsel of record in this action, in the place and instead of Phillips, Erlewine & Given, LLP.

///
///
///
///
///
///

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE NO. C08-5112 CRB

NOTICE OF SUBSTITUTION AND [PROPOSED] ORDER

Pursuant to such substitution, Mr. Shao hereby requests that all notices, filings and other documents in this action be served on the following counsel:

Joseph P. McMonigle
Jessica R. MacGregor
Long & Levit LLP
465 California Street, 5th Floor
San Francisco, California 94104
Telephone: (415) 397-2222
Facsimile: (415) 397-6392
Email:  jmcmonigle@longlevit.com
        jmacgregor@longlevit.com

I hereby agree to the foregoing substitution.

Dated: December 23, 2008                    /s/
                                        _____
                                        Yibo Shao

We hereby agree to the foregoing substitution.

Dated: December 22, 2008        Phillips, Erlewine & Given LLP

                                By: _____
                                    David Phillips

We hereby accept the foregoing substitution.

Dated: December 23, 2008        LONG & LEVIT LLP

                                By: _____
                                    Jessica R. MacGregor

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Jessica R MacGregor, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

CASE NO.C08-5112 CRB

NOTICE OF SUBSTITUTION AND [PROPOSED] ORDER

declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 24, 2008

LONG & LEVIT LLP

By: _____
Jessica R. MacGregor

## ORDER

Pursuant to the foregoing, it is hereby **ORDERED** that the law firm of Long & Levit LLP is substituted as counsel of record in this action for Plaintiff/Counter-Respondent Yibo Shao in place and instead of Phillips, Erlewine & Given LLP.

Dated: January 6, 2009

Hon. Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCS\S0138-500\558209.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3

CASE NO.C08-5112 CRB

NOTICE OF SUBSTITUTION AND [PROPOSED] ORDER