1  JOSEPH P. MCMONIGLE, State Bar #66811
   JESSICA R. MACGREGOR, State Bar #168777
2  DAVID S. MCMONIGLE, State Bar #258980
   LONG & LEVIT LLP
3  465 California Street Suite 500
   San Francisco, California  94104
4  Telephone:    (415) 397-2222
   Facsimile:    (415) 397-6392
5  Email:        jmcmonigle@longlevit.com
                 jmacgregor@longlevit.com
6                dmcmonigle@longlevit.com

7  Attorneys for Plaintiff
   YIBO SHAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YIBO SHAO, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>DENIS M. FORSTER, an individual,<br><br>            Defendant. | CASE No. C08-5112 CRB<br><br>**STIPULATION REGARDING DISMISSAL** |

On November 19th, the Court entered a conditional order of dismissal, which provided for dismissal without prejudice thirty days later.

Pursuant to the terms of a settlement put on the record in this matter on November 5, 2009 and later reduced to a writing executed by Plaintiff/Counter-Respondent Yibo Shao ("Shao") and Defendant/Counter-Claimant Denis M. Forster ("Forster"), IT IS HEREBY STIPULATED by and between Shao and Forster that this entire action, including all claims and counterclaims filed by Shao and/or Forster be dismissed *with prejudice*.

///
///
///
///

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE NO. C08-5112 CRB

STIPULATION REGARDING DISMISSAL

1

2  Dated: December 2, 2009                                   _____
                                                              YIBO SHAO
3                                                             Plaintiff/Counter-Respondent

4

5  Dated: December 2, 2009                                   _____
                                                              DENIS M. FORSTER
6                                                             Defendant/Counter-Claimant

7

8                                    **ORDER**

9          Based on the Parties' stipulation, this entire action, including any and all claims

10  and counter-claims brought by any party is dismissed with prejudice.

11         **IT IS SO ORDERED**.

12

13  Dated: December _3_, 2009                                _____

14                                                           Judge Charles R. Breyer

15                                     *IT IS SO ORDERED*
                                       *Judge Charles R. Breyer*
16                                     *UNITED STATES DISTRICT COURT*
                                       *NORTHERN DISTRICT OF CALIFORNIA*
17  DOCS\S0138-719\571717.V1
    8:02 AM
18

19

20

21

22

23

24

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2                                           CASE NO. C08-5112 CRB
STIPULATION REGARDING DISMISSAL